Messrs. *William Cogger* and *John E. Hughes* for petitioner. *Solicitor General Jackson* for the United States.

No. 882. ALLEN, COLLECTOR OF INTERNAL REVENUE, *v.* REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. M. J. Yeomans, Marion Smith, M. E. Kilpatrick,* and *Hamilton Lokey* for respondents.

No. 902. CHANDLER ET AL. *v.* WISE ET AL. April 11, 1938. Petition for writ of certiorari to the Court of Appeals of Kentucky granted. *Mr. J. W. Jones* for petitioners. *Messrs. Lafon Allen* and *Oldham Clarke* for respondents.

No. 684. POLLITT *v.* COX; and

No. 736. SAME *v.* WHEAT. January 31, 1938. Petitions for writs of certiorari to the Court of Appeals for the District of Columbia, and motions for leave to proceed further *in forma pauperis,* denied. *Basil H. Pollitt, pro se.* Reported below: See 68 App. D. C. 90; 93 F. 2d 249.

No. 711. HILL *v.* RAILROAD INDUSTRIAL FINANCE CO. ET AL. January 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Robert L. Hill, pro se.*